■ In the Matter of PERCIVAL MORRISON, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, Respon-

dent. [796 NYS2d 925]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating the prison disciplinary rules that prohibit inmates from committing an unhygienic act, refusing a direct order, failing to comply with frisk procedures and drug use. The Attorney General has advised this Court that the determination at issue has been administratively reversed and all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see Matter of Maldonado v Goord*, 296 AD2d 807 [2002]).

Spain, J.P., Carpinello, Mugglin, Rose and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.